# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

DAVID ALMONTE,

      Plaintiff,

v.                                                                  Case No:  2:12-cv-96-Ftm-99DNF

DEALERS CHOICE TRANSPORT,
LLC. and CHRIS VALLOZZI,

      Defendants.

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 18) filed on July 17, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed July 18, 2012 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2.  The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment is hereby GRANTED.  The Settlement Agreement is hereby APPROVED as a fair and reasonable resolution of a bona fide dispute of FLSA issues.

3.  This case is DISMISSED WITH PREJUDICE.

4.  The Clerk is directed to CLOSE  the file.

**DONE** and **ORDERED** in Fort Myers, Florida on August 2, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record